```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In Re                                                             :
                                                                  :
Ditech Holding Corp.,                                             :
                                                                  :     20-cv-5380 (LJL)
               Debtor.                                            :
                                                                  :         ORDER
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On May 24, 2021 the Court entered an Order, at Dkt. No. 3, requiring Appellant to file a designation of the items to be included in the record on appeal within fourteen days of the date of that Order and stating that if Appellant failed to do so, the case would be dismissed for failure to prosecute. More than fourteen days have elapsed, and Appellant has made no filing. The case is dismissed for failure to prosecute. The Clerk of Court is respectfully directed to close the case and mail a copy of this Order to Appellant.

SO ORDERED.

Dated: June 10, 2021
      New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2021